| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MOISES COVARRUBIAS GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 1:11-cr-000446 LJO SKO |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND [PROPOSED] ORDER TO |
| | ) | CONTINUE STATUS CONFERENCE |
| v. | ) | HEARING |
| | ) | |
| MOISES COVARRUBIAS GARCIA, | ) | DATE: May 7, 2012 |
| ISMAEL CORRAUBIAS GARCIA, | ) | TIME: 1:00 P.M. |
| | ) | JUDGE: Hon. Sheila K. Oberto |
| *Defendants.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for March 19, 2012, **may be continued to May 7, 2012 at 1:00 p.m. before Magistrate Sheila K. Oberto.**

This continuance is at the request of defense counsel as defense needs additional time in preparation of this case. Both counsel for defendants have engaged in plea negotiations with the government. Both defense counsel expect to receive an offer in the near future. The additional time is needed to meet with the clients, who are both housed in Lerdo, to discuss the forthcoming plea agreements and other matters on the case. The requested continuance is with the intention of conserving time and resources for both parties and the court. All counsel will be available on the requested date and anticipate the case will resolve in the near future.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

preparation and plea negotiation purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: March 12, 2012 By: /s/ Elana S. Landau
ELANA S. LANDAU
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: March 12, 2012 By: /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Attorney for Defendant
MOISES COVARRUBIAS GARCIA

DATED: March 12, 2012 By: /s/ Steven L. Crawford
STEVEN L. CRAWFORD
Attorney at Law
Attorney for Defendant
ISMAEL COVARRUBIAS GARCIA

**O R D E R**

**IT IS SO ORDERED.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: March 12, 2012** /s/ **Sheila K. Oberto**
UNITED STATES MAGISTRATE JUDGE

Garcia: Stipulation and Proposed Order 2