| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | MOISES COVARRUBIAS GARCIA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00446 LJO SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: September 4, 2012 |
| MOISES COVARRUBIAS GARCIA, | ) | TIME: 8:30 A.M. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |
| *Defendants.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for July 30, 2012, **may be continued to September 4, 2012 at 8:30 a.m.**

This continuance is at the request of both parties. The parties believe they have reached agreement on the main parameters of a plea bargain to resolve this case. However, additional time is needed to finalize all the details of the plea agreement, formally prepare the plea agreement, and meet with the client, who is housed at Lerdo, to review the agreement.

The requested continuance is with the intention of conserving time and resources for both parties and the court. The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for

///

effective defense preparation and plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

                                                                 Respectfully submitted,

                                                                 BENJAMIN B. WAGNER
                                                                 United States Attorney

DATED: July 25, 2012                            By:    /s/ Elana S. Landau
                                                                       ELANA S. LANDAU
                                                                       Assistant United States Attorney
                                                                       Attorney for Plaintiff

                                                                  DANIEL J. BRODERICK
                                                                  Federal Defender

DATED: July 25, 2012                            By:    /s/ Charlse J. Lee
                                                                       CHARLES J. LEE
                                                                       Assistant Federal Defender
                                                                       Attorneys for Defendant
                                                                       MOISES COVARRUBIAS GARCIA

## O R D E R

**Good cause has not been stated, in that there is no indication why these things could not have been dealt with and completed since the time last in the courtroom, to wit: June 18, 2012, some five weeks ago. That said, the Court is aware of physical illness and hospitalization of the defense counsel. It is on THAT basis, and no other that the Court finds Good Cause.** Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   July 25, 2012**                         /s/ Lawrence J. O'Neill
                                                         UNITED STATES DISTRICT JUDGE