| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | CHARLES J. LEE, Bar #221057 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |

Attorney for Defendant
MOISES COVARRUBIAS GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 1:11-CR-00446 LJO SKO |
| | ) | |
| *Plaintiff,* | ) | STIPULATION AND ORDER TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING |
| v. | ) | |
| | ) | DATE: September 10, 2012 |
| MOISES COVARRUBIAS GARCIA, | ) | TIME: 8:30 A.M. |
| | ) | JUDGE: Hon. Lawrence J. O'Neill |
| | ) | |
| *Defendants.* | ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for September 4, 2012, **may be continued to September 10, 2012 at 8:30 a.m.**

This continuance is at the request of both parties. The parties have continued in plea negotiations and believe a modified plea offer will resolve the case. However, due to the Lerdo bus schedule and when it is anticipated the defense will receive the modified plea agreement, defense counsel will not be able to review the plea agreement with the client by the currently set September 4, 2012 status conference. Therefore, a one week continuance is requested so defense counsel may review the new agreement with the client and also to set this case on the same date as the co-defendant.

The requested continuance is with the intention of conserving time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense preparation and plea negotiations purposes pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: August 23, 2012        By:   /s/ Elana S. Landau
                                    ELANA S. LANDAU
                                    Assistant United States Attorney
                                    Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 23, 2012        By:   /s/ Charlse J. Lee
                                    CHARLES J. LEE
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    MOISES COVARRUBIAS GARCIA

**O R D E R**

The continuance is granted for good cause and the Court finds the ends of justice outweigh the interest of the public and the defendant in a speedy trial. Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   August 23, 2012**        /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE